1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MAURICE L. VENABLE,                         No. 2:24-cv-00133-DJC-EFB (PC)

12                    Plaintiff,

13            v.                                    ORDER

14    ST. ANDRE, et al.,

15                    Defendants.

16

17            Plaintiff proceeds without counsel in this civil rights action seeking relief under

18    42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19    pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20            On September 19, 2025, the Magistrate Judge filed findings and

21    recommendations herein which were served on all parties and which contained notice

22    to all parties that any objections to the findings and recommendations were to be filed

23    within fourteen days.  Plaintiff has not filed objections to the findings and

24    recommendations.

25            In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

26    304, this Court has conducted a de novo review of this case.  Having carefully

27    reviewed the entire file, the Court finds the findings and recommendations to be

28    supported by the record and by proper analysis.

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.  The findings and recommendations filed September 19, 2025 are adopted

3        in full;

4    2.  The amended complaint is dismissed without prejudice and without further

5        leave to amend for failure to state a claim; and

6    3.  The Clerk of Court is directed to close the case.

7

8    IT IS SO ORDERED.

9    Dated:    **October 31, 2025**

10                                   Hon. Daniel J. Calabretta
                                     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2